IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02459-RPM-MEH

KATHERINE FRY,

    Plaintiff,

v.

WAKEFIELD & ASSOCIATES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 5, 2009.**

    Defendant's Unopposed Motion to Continue Rule 16(b) Conference and for Extension of Time to Respond to the Complaint of Plaintiff [filed January 5, 2009; docket #5] is **granted in part and denied in part**. Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before **January 21, 2009**. The Scheduling Conference set in this matter for Friday, **January 23, 2009, at 9:15 a.m.** is hereby **converted** to a Status Conference.

    Defendant's Proposed Order filed as Motion [filed January 5, 2009; docket #6] is **stricken** as duplicative.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. L.Civ.R 83.2B.